IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Petitioner,　　　　　　　　　No. CIV S-02-0373 FCD DAD P

  vs.

CALIFORNIA ATTORNEY
GENERAL, et al.,

    Respondents.　　　　　　　　ORDER
_____/

    Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court record reflects that petitioner paid the filing fee for this action. On March 9, 2006, petitioner filed a request to proceed in forma pauperis on appeal. Rule 24(a) of the Federal Rules of Appellate Procedure provides, in part, that a motion for leave to appeal in forma pauperis must attach an affidavit that "shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs." The motion filed by petitioner does not contain all of the detail required by Form 4 of the Appendix of Forms. Accordingly, petitioner's request to proceed in forma pauperis on appeal will be denied.

/////

/////

1

For the foregoing reasons, IT IS ORDERED that petitioner's March 9, 2006, request for leave to proceed in forma pauperis is denied.

DATED: March 27, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge